```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JOSE RIVERA, JR.,                )    CIVIL ACTION NO.
      Petitioner,                )    05-11431-DPW
                                 )
        v.                       )
                                 )
UNITED STATES OF AMERICA,        )
      Defendant.                 )

----------------------------------------------------------------


UNITED STATES OF AMERICA         )    CRIMINAL NO. 02-10264-DPW
                                 )
        v.                       )
                                 )
JOSE RIVERA, JR.                 )
```

                    MEMORANDUM AND ORDER
                      October 28, 2005


The petitioner in this matter, who was sentenced on September 10, 2003, following a plea agreement with the government, chose not to appeal.  Some eighteen months after his judgment became final, he filed what was styled a "Motion for a Sentencing Hearing."  There was no basis offered for such a procedure although reference has been made by the government's opposition to 18 U.S.C. § 3582.

None of the predicates for relief under § 18 U.S.C. § 3582(c) are apparent and consequently I directed the Clerk to docket the defendant's motion as a "Motion to Vacate, Set Aside or Correct the Sentence Under 28 U.S.C. § 2255," which is the proper mechanism for the relief the plaintiff seeks.  Having identified the proper mechanism for the petitioner's request,

however, I find that the request itself is untimely because it was first made well past the one-year limitation period established by the fifth paragraph, subparagraph 1 of the Section 2255.

Accordingly, the Clerk is directed to DISMISS this action.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE